JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation, | Case No.: 8:10-cv-01023-CJC-(MLGx) |
| Plaintiff, | **Honorable Cormac J. Carney** |
| vs. | [~~PROPOSED~~] **PERMANENT INJUNCTION** |
| Starzz Hookah Lounge LLC, a Georgia limited liability company, Hisham A. Galeb, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff STARBUZZ TOBACCO, INC. ("Plaintiff" or "Starbuzz") and Defendants STARZZ HOOKAH LOUNGE, LLC and HISHAM A. GALEB (Collectively, the "Defendants") hereby agree and stipulate to the Court's entry of a permanent injunction against Defendants and in favor of Plaintiff.

This matter, having come before the Court upon the stipulation of the Parties, the Parties having agreed to the entry of this permanent injunction as a condition for the dismissal with prejudice of this action, and the Court being otherwise fully advised in the premises.

**WHEREAS**, Plaintiff has alleged various causes of action including, but not limited to, trademark infringement and unfair competition, as identified in the Complaint filed in this case;

**WHEREAS**, By entering into this Permanent Injunction, Defendants do not admit or deny any wrongdoing or liability as to the claims asserted in the Complaint;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants, and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently and forever enjoined from using Starbuzz's trademarks, including "STARBUZZ", "STARBUZZ TOBACCO", "STARBUZZ TOBACCO SINCE 2005", "STARBUZZ HOOKAH LOUNGE", any other names and/or logos, and phrases, confusingly similar thereto, including, but not limited to, "STARZZ HOOKAH LOUNGE", as provided under the Lanham Act, alone or in combination with tobacco, tobacco-related products, and hookah lounge services (the "Injunction").

**IT IS FURTHER ORDERED** that this Order shall issue and be enforceable without the posting of security by Starbuzz, pursuant to Federal Rules of Civil Procedure 65(c).

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

**IT IS FURTHER ORDERED** that the Injunction shall become effective as of September 30, 2010 and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of this Injunction against Defendants effective as of September 30, 2010.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

**IT IS SO ORDERED**

DATED: September 08, 2010                    _____
                                             Honorable Cormac J. Carney
                                             United States District Court Judge